UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH AUGUSTINE                                  CIVIL ACTION

VERSUS                                            NO. 04-3238

N. BURL CAIN, WARDEN                              SECTION "R"(5)


### ORDER

The Court has reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection to the Magistrate Judge's Report and Recommendation.  The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections.  Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.


New Orleans, Louisiana, this  11th  day of December, 2006.


_____
              SARAH S. VANCE
       UNITED STATES DISTRICT JUDGE